JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS KOHLER,<br><br>　　Plaintiff,<br><br>v.<br><br>BMW MANAGEMENT, INC., et al.,<br><br>　　Defendants.<br><br>AND RELATED CROSS-ACTION. | Case No. 2:10-cv-06749-RGK-DTB<br><br>[~~Proposed~~] ORDER RE: JOINT STIPULATION FOR DISMISSAL |

Upon consideration of the Joint Stipulation for Dismissal submitted by plaintiff Chris Kohler and defendant/cross-claimant Butterfield Valley Partners,

IT IS HEREBY ORDERED that the above-entitled action is dismissed with prejudice in its entirety.

Dated: June 7, 2011

*/s/ Gary Klausner*
United States District Court Judge